CO-386-online
10/03

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC.  )
                      )
                      )
                      )
       vs  Plaintiff  )    Civil Action No._____
                      )
U.S. DEPARTMENT OF STATE )
                      )
                      )
           Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  JUDICIAL WATCH, INC.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  JUDICIAL WATCH, INC.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Paul J. Orfanedes_
Signature

429716
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

501 School Street, SW, Suite 500
Address

Washington    DC    20024
City          State  Zip Code

(202) 646-5172
Phone Number