UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, Inc.,<br>501 School St., NW, Suite 500<br>Washington, DC 20024,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF STATE,<br>2201 C St., NW,<br>Washington, DC 20520,<br><br>   Defendant. | Civil Action No.: 08-1011 (RJL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant, U.S. Department of State, in the above-captioned case.

              /s/
              ALAN BURCH, D.C. Bar # 470655
              Assistant United States Attorney
              555 4th St., N.W.
              Washington, D.C. 20530
              (202) 514-7204
              alan.burch@usdoj.gov