UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, Inc., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 08-1011 (RJL) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

## ANSWER

Defendant, the United States Department of State, by and through its undersigned attorneys, hereby answers the Complaint in this case as follows.  This case arises under the Freedom of Information Act ("FOIA").[1]  This Answer incorporates the heading used in the Complaint and answers each of its numbered paragraph as follows:

### Jurisdiction and Venue

1. This paragraph contains conclusions of law relating to jurisdiction, not averments of fact.  No response is required.

2. This paragraph contains conclusions of law relating to venue, not averments of fact.  No response is required.

### Parties

3. Defendant has insufficient information to admit or deny.

4. Admit the first two sentences of paragraph 4 of the Complaint.  Defendant admits that

---

[1] Counsel for Defendant anticipates filing a motion for a briefing schedule in the coming days, and is in the process of contacting counsel for Plaintiff to confer about mutually acceptable deadlines for it.

it has possession, custody, and control of at least one record to which Plaintiff seeks access. As to any other record(s), Defendant is in the process of completing search efforts.

## Statement of Facts

5. Admit that Defendant received a letter from plaintiff dated April 17, 2008 requesting records under the Freedom of Information Act (FOIA), and aver that the contents of that letter speak for themselves.

6. Admit.

7. Admit.

8. Paragraph 8 of the Complaint contains conclusions of law, to which no response is required. To the extent a response is deemed necessary, deny.

9. With respect to the first sentence, admit that Defendant has not, in specific response to the FOIA request described in Paragraph 5, produced any responsive records or explained which exemptions apply, but deny the rest. With respect to the second sentence, admit.

10. Paragraph 10 of the Complaint contains conclusions of law regarding exhaustion of administrative remedies, to which no response is required. To the extent a response is deemed necessary, deny.

## Count I

11. See responses to Paragraphs 1 through 10 above.

12. Deny.

13. Deny.

Defendant denies each and every allegation set forth in the Complaint, unless specifically admitted above. Defendant denies that Plaintiff is entitled to the release sought in his Complaint,

or to any relief whatsoever.

WHEREFORE, Defendant prays for judgment as follows:

1. For an order dismissing plaintiff's the Complaint in its entirety with prejudice;

2. For an award of Defendant's costs and disbursements incurred in this action; and

3. For such other and further relief as this Court may deem just and proper.

July 21, 2008                                   Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/
_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov