UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, Inc., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 08-1011 (RJL) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR BRIEFING SCHEDULE**

Defendant, the United States Department of State, hereby requests the following briefing schedule for dispositive motions in this case, which arises under the Freedom of Information Act ("FOIA"). Counsel for Plaintiff consented to the schedule via email to undersigned counsel.

- Defendant's motion for summary judgment due by September 30, 2008;

- Plaintiff's opposition due by October 30, 2008; and

- Defendant's reply due by November 17, 2008.

The schedule is designed to accomodate government counsel's travel schedule in August and three appellate arguments in early September.

August 4, 2008                             Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

 /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov